**John ROBINSON, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 75949.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 12, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied
Feb. 22, 2000.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J. and KAROHL, J. and HOFF, J.

**ORDER**

PER CURIAM.

Movant, John Robinson, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the

reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).